ISIDORE FRASCONE, as Administrator of the Estate of ANTOINETTE FRASCONE, Deceased, Respondent, *v.* STANDARD OIL COMPANY, Appellant, Impleaded with Another.

*Frascone* v. *Louderback*, 153 App. Div. 199, affirmed.
(Argued May 14, 1913; decided June 3, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligent operation of an automobile by an employee of defendant.

*Dean Emery, Vine H. Smith, Robert S. Sloan* and *Martin Carey* for appellant.

*Benjamin Patterson, George Bell* and *Andrew Byrne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.